MALINDA QUICK, Appellant, *v.* JAMES M. PURVIS et al., Respondents.

*Quick* v. *First M. E. Church of Hurleyville,* 169 App. Div. 906, affirmed.

(Submitted January 11, 1918; decided January 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 18, 1915, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought by the plaintiff as a member of the Hurleyville Baptist Church to have a deed given by that church to the First ‚Methodist Episcopal Church of Hurleyville set aside and the proceeding authorizing such transfer set aside and nullified, on the ground of fraud and deceit and conspiracy on the part of the trustees of the respective religious corporations and the defendant Hart.

*Elmer Baker* and *Robert W. Doughty* for appellant.

*William G. Birmingham* and *Henry Willis Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and ANDREWS, JJ.